RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jason Lee Murphy

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,  <br>  Plaintiff,  <br>  v.  <br> Jason Lee Murphy,  <br>  Defendant. | Case No. 2:24-mj-00552-EJY-1  <br><br> **Stipulation and ~~Proposed~~ Order** |

Mr. Murphy was charged by criminal complaint on June 20, 2024, with two counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); and (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)). (ECF No. 1.)

Mr. Murphy entered a plea agreement. (ECF Nos. 9, 10.) Under that agreement, Mr. Murphy pleaded guilty to Count One. (ECF No. 9.) Count Two was dismissed. (*Id.*) Mr. Murphy was sentenced on Count One as follows:

> Defendant is sentenced to a term of 12 months unsupervised probation with the following special conditions:
>
> Defendant must complete Victim Impact Panel, an 8 hour online alcohol awareness class, must pay fines and

assessments totaling $510.00 to the Clerk's Office by no later than 4/30/2025, shall have no adverse contact with law enforcement, and is restricted from Lake Mead National Recreational Area for a period of 12 months beginning immediately.

Remaining count is DISMISSED.

Additionally, If the Defendant completes the specified sentencing conditions within 12 months of sentencing date, the Court will allow Defendant to withdraw the current guilty plea to Count 1: Driving Under the Influence and enter a plea of guilty to an Amended Count 1: Reckless Driving, which may be executed by Joint Status Report.

(*Id.*)

Mr. Murphy has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence. Accordingly, the parties agree that Count One should be amended to Reckless Driving, and this case closed.

Dated: January 6, 2026

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES | TODD BLANCHE |
| Federal Public Defender | Deputy Attorney General of the United States |
| | |
| */s/ Rick A. Mula* | */s/ Skyler H. Pearson* |
| Rick A. Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Jason Lee Murphy,<br><br>        Defendant. | Case No. 2:24-mj-00552-EJY-1<br><br>[Proposed] **Order** |

    The Court finds that Mr. Murphy has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

    IT IS THEREFORE ORDERED that Mr. Murphy is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

    IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

    IT IS FURTHER ORDERED that this case is closed.

    DATED this 6th day of January, 2026.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

3